SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**ARIN C. HEINZ, MIB #P80252**
Assistant United States Attorney
Arin.Heinz@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000

**ELIZABETH HUTSON, VAB #85763**
Trial Attorney
Human Rights and Special Prosecutions Section
U.S. Department of Justice, Criminal Division
1301 New York Avenue, NW
Washington, DC 20005
Telephone: (202) 532-5578
Elizabeth.Hutson@usdoj.gov
Attorneys for United States of America

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

**UNITED STATES OF AMERICA**

**v.**

**YOLANDITA ANDRE, and**
**MARIE GERTRUDE JEAN VALMONT,**

**Defendants.**

**Case No. 3:24-cr-00353-AN**

**GOVERNMENT'S MOTION TO DISMISS COUNTS 8-12 OF THE SUPERSEDING INDICTMENT**

The United States of America, by and through Scott E. Bradford, United States Attorney for the District of Oregon, and Arin C. Heinz, Assistant United States Attorney, and by A. Tysen Duva, Assistant Attorney General, through Elizabeth Hutson, Trial Attorney, hereby moves the

Court for an order dismissing Counts 8-12 in the Superseding Indictment (ECF 52) against Defendants Marie Gertrude Jean Valmont and Yolandita Andre[1] pursuant to Federal Rule of Criminal Procedure 48(a).

As the Government continues to prepare for trial, it has determined that dismissing these counts is in the interests of justice and judicial economy.[2] The Government heard and acknowledges the Court's concerns during the hearing on October 28, 2026. The Government has carefully considered the Court's concerns raised during hearing, and this motion is made to both address those concerns and streamline the Government's case presentation at trial. This motion partially accepts the remedy urged by Defendants – dismissal— opting instead for a more narrowly tailored remedy commensurate with the discovery issues in this case and obviating the need for this Court to consider additional sanctions.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

[1] The Government notified Defense Counsel prior to filing this motion pursuant to local practice. Both counsel informed the Government they do not have a position on this motion.

[2] In exercising its prosecutorial discretion, the Government does not concede error, and maintains its positions set forth in the Government's Opposition to Motion to Dismiss (ECF 162).

Moreover, by adopting, in part, the suggested remedy recommended by the Defendants in their respective Motions to Dismiss for Prosecutorial Misconduct and Violations of Brady and Due Process (ECF 111, 113), the Government respectfully suggests that this action will obviate the need for this Court's consideration of additional sanctions.

DATED: November 4, 2026

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

*/s/ Arin C. Heinz*
ARIN C. HEINZ, MIB #P80252
Assistant United States Attorney

A. TYSEN DUVA
Assistant Attorney General
Department of Justice
Criminal Division

*/s/ Elizabeth Hutson*
ELIZABETH HUTSON, VAB #85763
Trial Attorney
Human Rights and Special
Prosecutions Section