**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**UNITED STATES OF AMERICA**

**v.**

**YOLANDITA ANDRE and**
**MARIE GERTRUDE JEAN VALMONT,**

**Defendants.**

**Case No. 3:24-cr-00353-AN**

**ORDER OF DISMISSAL OF COUNTS 8-12 OF SUPERSEDING INDICTMENT**

This matter came for consideration on the Government's motion to dismiss Counts 8-12 in the Superseding Indictment.

NOW, THEREFORE, IT IS HEREBY ORDERED that the Counts 8-12 of the Superseding Indictment in this case be dismissed without prejudice as to defendants Yolandita Andre and Marie Gertrude Jean Valmont.

Dated: November ____, 2026.

______________________________
HON. YOULEE YIM YOU
United States Magistrate Judge

Presented by:

SCOTT E. BRADFORD
United States Attorney

*/s/ Arin C. Heinz*
ARIN C. HEINZ, MIB #P80252
Assistant United States Attorney

A. TYSEN DUVA
Assistant Attorney General
Department of Justice
Criminal Division

*/s/ Elizabeth Hutson*
ELIZABETH HUTSON, VAB #85763
Trial Attorney
Human Rights and Special Prosecutions Section
U.S. Department of Justice, Criminal Division